AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

| | | |
|---|---|---|
| JOHN JASON KING, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   13-CV-5128-TOR |
| BENTON COUNTY JAIL, et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:   The case is dismissed without prejudice.
.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge _____ Thomas O. Rice _____ on Motion to Voluntary Dismiss Complaint.
.

Date:  03/28/2014
_____

*CLERK OF COURT*

s/ Linda L. Hansen, Deputy Clerk
_____
Signature of Clerk or Deputy Clerk